UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanbe | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 08-cr-00287-EWN | FTR MJW PM |
| September 2, 2008 | |
| UNITED STATES OF AMERICA | James Boma |
| v. | |
| KENNETH SMITH | Doug Price |

---

## MOTION HEARING

Court in Session: 4:18 pm; 4:55 pm

Court calls case and appearances of counsel.

Jerald Mason is present from pretrial services.

Parties notify the court they are ready to proceed.

Defense counsel calls Reverend Dennis Lorenzo Mose to the stand.

Witness sworn.

Direct examination by defense counsel.

Witness excused.

Defense counsel calls Krissy Garcia to the stand.

Witness sworn.

Direct examination by defense counsel.

Cross examination by the government.

Witness excused.

Defense counsel calls Lynn Foster to the stand.

Witness sworn.

Direct examination by defense counsel.

Cross examination by the government.

Witness excused.

Defense counsel calls Sherry Austin to the stand.

Witness sworn.

Direct examination by defense counsel.

Cross examination by the government.

Witness excused.

Defense counsel proceeds to argument.

Government proceeds to argument.

Court presents findings:
There are a combination of conditions which exist to reasonably assure defendant's presence for further proceedings.

**ORDERED:** Motion (34) for reconsideration of bond is granted.

**ORDERED:** Court grants $30,000/10% bond with the condition that defendant reside at a halfway house.

Defendant to be brought back to court once bond has been posted and bed space is available at the halfway house.

Government requests a Nebbia condition be placed on the bond.

The court will issue an order regarding the Nebbia condition.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 4:49 pm; 5:10 pm

Total time in court: 46 minutes

Hearing concluded.