# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  08-cr-00287-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  KENNETH J. SMITH,

    Defendant.

## ORDER GRANTING GOVERNMENT'S MOTION FOR SENTENCE REDUCTION

**Blackburn, J.**

The matters before me are (1) the **Government's Motion For A Post-Sentencing Reduction Under The Provisions Of Rule 35(b), FED R. CRIM. P.** [#313] filed December 8, 2009; and (2) the **Defendant's Motion For Reconsideration Of Sentence Pursuant To Rule 35(b), FED R. CRIM. P.** [#319] filed December 17, 2009. After careful review of the motions, I grant the government's motion and deny the defendant's motion as moot.

I find and conclude that under Fed.R.Crim.P. 35(b)(1), the government's motion is made within one year of sentencing on February 20, 2009, and the defendant, after sentencing, provided substantial assistance in investigating and prosecuting other persons.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion For A Post-Sentencing Reduction Under**

**The Provisions Of Rule 35(b), FED R. CRIM. P.** [#313] filed December 8, 2009, is **GRANTED**;

    2.  That the **Defendant's Motion For Reconsideration Of Sentence Pursuant To Rule 35(b), FED R. CRIM. P.** [#319] filed December 17, 2009, is **DENIED** as moot;

    3.  That defendant's sentence of imprisonment is **REDUCED** to time served;

    4.  That the **Judgment in a Criminal Case** [#126] entered February 24, 2009, **SHALL BE AMENDED AND SUPPLEMENTED** consistent with this order; and

    5.  That the defendant is **RELIEVED** of any duty to surrender to the BOP.

Dated December 23, 2009, at Denver, Colorado.

                                  BY THE COURT:

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge